**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

BOBBY OWENS,

Defendant.

Criminal No. 01-54 JRT

**ORDER**

---

David P. Steinkamp, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Virginia G. Villa, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

Defendant was sentenced on February 13, 2002 to 84 months imprisonment and three years supervised release. At the time of sentencing, the Court and counsel were under the impression that defendant was in the custody of the U.S. Marshal and would serve his term of imprisonment in federal custody prior to any sentence yet to be determined by the State of Minnesota. However, defendant was in federal custody on a writ of habeas corpus ad prosequendum. Defendant was sent back to the State of Minnesota for the completion of his state case and began serving his state sentence on February 27, 2002. The Court's intent was for defendant's federal sentence to begin on February 13, 2002.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Court intended for defendant's federal sentence to begin on the original date the sentence was imposed, which was February 13, 2002.

Dated: February 8, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge