Prob 49

**FILED BY CLERK OF COURT**

RECEIVED
FEB 6 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Bobby Owens

Docket No. 0:01CR00054-001

**HEARING WAIVER**

I, Bobby Owens, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: Bobby Owens

Bobby Owens

Witness: [signature]

Dated: 2/1/08

SCANNED
FEB 7 2008
U.S. DISTRICT COURT MPLS