PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bobby Owens**

**Docket No. 0:01CR00054-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bobby Owens** who was sentenced for Possession of Stolen Firearms on February 13, 2002, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment
16 hours community service work (added February 6, 2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It was determined that the treatment provider was in error when reporting Mr. Owens failed to report for drug testing on January 29, 2008.

PRAYING THAT THE COURT WILL ORDER That the modification order dated February 6, 2008, be rescinded and Mr. Owens not be required to complete 16 hours of community service work.

ORDER OF THE COURT

Considered and ordered this 14th day of Feb, 2008, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on February 13, 2008
Place Minneapolis

Approved:

[signature]

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
FEB 15 2008
U.S. DISTRICT COURT MPLS