PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bobby Owens**

**Docket No. 0:01CR00054-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bobby Owens** who was sentenced for Possession of Stolen Firearms on February 13, 2002, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 16, 2008, the defendant tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 28th day of July, 2008, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
Senior U.S. Probation Officer
Telephone: 612-664-5379
Executed on July 25, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
JUL 29 2008
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission