Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Bobby Owens

Docket No. 0:01CR00054-001

## HEARING WAIVER

I, Bobby Owens, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: Bobby Owens

Bobby Owens

Dated: 7/22/08

Witness:

Odell Wilson
Senior U.S. Probation Officer